

**NUMBER 13-08-681-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

### IN RE JUAN JOSE CASANOVA II

---

### On Petition for Writ of Mandamus and
### Request for Emergency Relief

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Memorandum Opinion Per Curiam[1]

Relator, Juan Josa Casanova II, filed a petition for writ of mandamus and request for emergency relief in the above cause on November 26, 2008. The Court, having examined and fully considered the petition for writ of mandamus and the request for emergency relief, is of the opinion that relator has not shown himself entitled to the relief

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

sought.  Accordingly, the petition for writ of mandamus and request for emergency relief

are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 26th day of November, 2008.